IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZELMA L. JOHNSON                                                                PLAINTIFF

v.                                    No. 5:11CV00153-BSM-BD

DERMOTT CITY JAIL                                                              DEFENDANT

RECOMMENDED DISPOSITION

I.   **Procedure for Filing Objections**:

The following recommended disposition has been sent to United States District Court Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommended Disposition. A copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

**II.     Background**:

On June 15, 2011, Plaintiff Zelma L. Johnson, an inmate housed at the Arkansas Department of Correction, Delta Regional Unit, filed this case *pro se* under 42 U.S.C. § 1983. (Docket entry #1) Mr. Johnson did not, however, pay the statutory $350.00 filing fee; nor did he submit an application to proceed *in forma pauperis*.

An Order was entered on June 20, 2011, directing Mr. Johnson either to pay the filing fee or file an application to proceed *in forma pauperis* and calculation sheet within 30 days. Mr. Johnson was also ordered to file an Amended Complaint within that time naming each individual at the Dermott City Jail who allegedly violated his constitutional rights.

The time for filing the additional documentation has passed, and Mr. Johnson has not complied with the June 20, 2011, Order. Mr. Johnson was warned that failure to comply with the Court's Order could result in dismissal of his case.

**III.    Conclusion**:

Because Mr. Johnson has not complied with the Order, the Court now recommends that his claims be dismissed, without prejudice, under Local Rule 5.5(c)(2).

DATED this 4th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE