IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZELMA L. JOHNSON                                                                             PLAINTIFF

v.                                    CASE NO. 5:11CV00153 BSM/BD

DERMOTT CITY JAIL                                                                          DEFENDANT

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Beth Deere have been reviewed. No objections were filed. After carefully considering this documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

It is therefore ordered that plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

Dated this 29th day of August 2011.

_____
UNITED STATES DISTRICT JUDGE