IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZELMA L. JOHNSON                                                                            PLAINTIFF

v.                                         CASE NO. 5:11CV00153 BSM/BD

DERMOTT CITY JAIL                                                                   DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied. It is further certified that an *in forma pauperis* appeal from order and judgment dismissing this action is considered frivolous and not in good faith.

Dated this 29th day of August 2011.

_____
UNITED STATES DISTRICT JUDGE